No. 78–599. SECRETARY OF THE NAVY ET AL. *v.* HUFF ET AL. C. A. D. C. Cir. [Certiorari granted, 440 U. S. 957]; and

No. 78–1006. BROWN, SECRETARY OF DEFENSE, ET AL. *v.* GLINES. C. A. 9th Cir. [Certiorari granted, 440 U. S. 957.] Motion of the Solicitor General to consolidate these cases for briefing and oral argument denied.

No. 78–605. UNITED STATES ET AL. *v.* RUTHERFORD ET AL. C. A. 10th Cir. [Certiorari granted, 439 U. S. 1127.] Motion of Save the United States Movement, Improving Public Health and Physical Fitness of the United States Citizens, for leave to participate in oral argument as *amicus curiae* denied.

No. 78–610. COLUMBUS BOARD OF EDUCATION ET AL. *v.* PENICK ET AL. C. A. 6th Cir. [Certiorari granted, 439 U. S. 1066.] Motion of Cleveland Board of Education for leave to file a brief as *amicus curiae* denied. Motion of the Solicitor General for divided argument as *amicus curiae* granted.

No. 78–627. DAYTON BOARD OF EDUCATION ET AL. *v.* BRINK-MAN ET AL. C. A. 6th Cir. [Certiorari granted, 439 U. S. 1066.] Motion of Cleveland Board of Education for leave to file a brief as *amicus curiae* denied. Motion of the Solicitor General for divided argument as *amicus curiae* granted.

No. 78–776. UNITED STATES *v.* BATCHELDER. C. A. 7th Cir. [Certiorari granted, 439 U. S. 1066.] Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* granted.

No. 78–1309. PIOCHE MINES CONSOLIDATED, INC. *v.* FIDEL-ITY PHILADELPHIA TRUST Co. Motion for leave to file petition for writ of certiorari and/or mandamus denied.

No. 78–6229. JOHNSON *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. Motion for leave to file petition for writ of mandamus and/or prohibition denied.